Cite as 2025 Ark. 222

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered:** December 11, 2025 |

**PER CURIAM**

Effective January 1, 2026, the following individuals are appointed to the Supreme Court of Arkansas's Committee on Professional Conduct for an initial six-year term to expire on December 31, 2031:  Cory A. Cox of Perryville, Attorney, Statewide at-large to Panel A; Dr. Terry L. Fiddler of Conway, Non-attorney, Statewide at-large to Panel A; Tom Haynes of Jonesboro, Attorney, First Congressional District to Panel B; and Dr. Jeff D. Standridge of Conway, Non-attorney, Statewide at-large to Panel C.

Effective immediately, the following individual is appointed to the Court's Committee on Professional Conduct for the remainder of an existing term set to expire December 31, 2027: Robert W. Pepper III of Newport, Attorney, First Congressional District to Panel C.

The Court expresses its appreciation to these new members for their willingness to serve on this important committee.

The Court also expresses its gratitude to the following outgoing members:  Erin E. Cassinelli of Little Rock, Paul W. Hoggard of Piggott, Mark W. Rees of Jonesboro, and

Mark F. Smith of Marianna, whose terms expire on December 31, 2025, and Robert G. Bridewell of Lake Village, who resigned effective December 3, 2025, for their years of valuable service to this committee.